UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NAQUONE TAYLOR, individually,

    Plaintiff,   Case No. 1:15-cv-04964-JG-LB

v.

NEW OISHI SUSHI RESTAURANT
INC d/b/a OISHI SUSHI, a New York
for Profit entity, and 923 MANHATTAN
AVENUE LLC, a New York for Profit
entity,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

Respectfully submitted on April 7, 2016.

By: /s/ Tara Demetriades
Tara Demetriades, Esq.
Counsel for Plaintiff
New York Bar. No. 4158666
ADA Accessibility Associates
1076 Wolver Hollow Road
Oyster Bay, NY 11771
E: TDemetriades@Aol.com
T: (516) 595-5009

By: _____
Benjamin M. Meskin
Benjamin M. Meskin, Esq.
117 11th Street, Suite 209
Brooklyn, NY 11215
718-246-1725
Fax: 718-765-0365

Email: benmeskinesq@verizon.net

By: _____
Andrew A. Kimler
Vishnick McGovern Milizio LLP
3000 Marcus Avenue
Lake Success, NY 11042
(516)437-4385 ext. 122
Fax: (516)437-4395
Email: akimler@vmmlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulation for Dismissal has been served via the Court's CM/ECF filing system upon all parties of record on April 7, 2016.

So ordered.   /s/(ARR)   USDJ